UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WARNER MURRAY,

            Plaintiff,

- against -

VELVET APPAREL, LLC,

            Defendant.

24-cv-4781 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to discuss settlement and provide an update to the Court by **September 23, 2024**. Failure to notify the Court by that date may result in dismissal without prejudice.

SO ORDERED.

Dated:    New York, New York
            June 25, 2024

                          /s/ John G. Koeltl
                            John G. Koeltl
                    United States District Judge