

1129 Northern Boulevard. Suite 404, Manhasset, NY 11030 ✉ Glevy@glpcfirm.com ☎ (347) 941-4715

July 30, 2024

Hon. Judge John G. Koeltl
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

RE:    **MURRAY v. VELVET APPAREL, LLC**
       **DOCKET NO. 1:24-cv-4781**

Dear Judge Koeltl:

The undersigned represent Warner Murray, the plaintiff in the above-referenced matter. I write to advise the Court that this case has been settled in principle.

The parties are currently in the process of finalizing settlement terms and conditions and we anticipate filing a Stipulation of Dismissal with Prejudice within the next forty-five (45) days. As such, the undersigned respectfully requests that the Court adjourn all deadlines sine die, and allow the parties forty-five (45) days to finalize settlement.

Thank you for your time and consideration on this matter.

Respectfully,

Gabriel A. Levy